705 A.2d 1297

Rhonda S. FENTON, Petitioner,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF TRANSPORTATION, Respondent.

Supreme Court of Pennsylvania.

Feb. 25, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 25th day of February, 1998, the Petition for Allowance of Appeal is hereby GRANTED. The parties are directed to speak to the applicability of *Commonwealth of Pennsylvania, Dep't of Transp. v. Renwick,* 543 Pa. 122, 669 A.2d 934 (1996) and *Olbrish v. Commonwealth of Pennsylvania, Dep't of Transp.,* 152 Pa.Cmwlth. 423, 619 A.2d 397 (1992) to this case.